STATE OF NEW JERSEY v. JOHN BETANCOURT.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID CHRAPPA.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE GAINES.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE GAINES.

May 2, 1989.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. ELAINE KENNA.

May 2, 1989.

Petition for certification denied.